# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br><br>AARON LEO LUDWIG,<br><br>　　　　　Defendant. | CR-21-24-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 26, 2025. (Doc. 40.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 25, 2025. (Doc. 36.) The United States accused Aaron Ludwig (Ludwig) of violating the conditions of his supervised release by: (1) failing to reside at his approved residence, with his

whereabouts unknown between October 18, 2024, and his arrest on March 20, 2025. (Doc. 29.)

At the revocation hearing, Ludwig admitted he had violated the conditions of his supervised by: (1) failing to reside at his approved residence, with his whereabouts unknown between October 18, 2024, and his arrest on March 20, 2025. (Doc. 36.)

Judge Johnston found that the violation Ludwig admitted proves serious and warrants revocation of Ludwig's supervised release and recommends a term of custody of TIME SERVED with no supervised release to follow. (Doc. 40.) The Court advised Ludwig his right to appeal and to allocute before the undersigned and he waived those rights. (Doc. 36.)

The violation proves serious and warrants revocation of Ludwig's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 40) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Aaron Leo Ludwig be sentenced to TIME SERVED with no supervised release to follow.

DATED this 26th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Courts